# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DANIEL WARREN, | : | No. 175 MM 2017 |
| Petitioner | : | |
| v. | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2017, the Application for Leave to File Original Process is GRANTED, and the Application for Extraordinary Relief King's Bench is DENIED.